■ JOAN GIARDINO, Respondent, v COUNTY OF WESTCHESTER,

Appellant. [621 NYS2d 910] —Appeal by the defendant from an order of the Supreme Court, Westchester County (Nicolai, J.), entered September 21, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Nicolai at the Supreme Court. Bracken, J. P., Rosenblatt, Lawrence, Krausman and Goldstein, JJ., concur.